# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Nirosh H De Silva, | No. CV-23-00138-TUC-SHR |
| Plaintiff, | **Order Granting Stipulation to Dismiss Action with Prejudice** |
| v. | |
| Pima Community College, | |
| Defendant. | |

Having reviewed the parties' "Stipulation for Dismissal with Prejudice" (the "Stipulation") (Doc. 23), and good cause appearing,

**IT IS ORDERED** the Stipulation (Doc. 23) is **GRANTED**.

**IT IS FURTHER ORDERED** dismissing the matter with prejudice, with the parties to bear their own attorneys' fees and costs.

**IT IS FURTHER ORDERED** the Clerk of the Court is directed to close this action.

Dated this 5th day of September, 2023.

Honorable Scott H. Rash
United States District Judge